GERMAIN HOUNTHA
and
JOSEPH RIZZO

vs.

NEW ORLEANS RY. & LT. CO. et al.

No 7857

    ON JOINT MOTION of Hall, Monroe & Lemann, and W. J. Suthon, attorneys for New Orleans Ry. & Lt. Co., appellant, and B. W. Kernan, attorney for National Surety Co., appellant, and Conrad Meyer, Jr., attorney for Germain Hountha and Joseph Rizzo, appellees,

    IT IS ORDERED that the appeals herein taken from the judgments herein rendered be discontinued.

New Orleans, La.